DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**IJEOMA N. ECHETABU** a/k/a **UCHE AKAGBOSU** a/k/a **UCHE ECHETABU** a/k/a **IJEOMA AKAGBOSU** a/k/a **IJEOMA NDUBUAKU UCHENNA,**
Appellant,

v.

**MARY OLA AKAGBOSU, CASIMIR OMOKHEKHA AKAGBOSU,** and **EMILY I. AKAGBOSU,**
Appellees.

No. 4D21-1999

[January 27, 2022]

Appeal of nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 50-2020-CA-007511-XXXX-MB.

Thomas S. Ward and Jason R. Block of Rennert Vogel Mandler & Rodriguez, P.A., Miami, for appellant.

Stephen A. Mendelsohn and Sabrina D. Niewialkouski of Greenberg Traurig, P.A., Fort Lauderdale, and, Brigid F. Cech Samole and Katherine M. Clemente of Greenberg Traurig, P.A., Miami, for appellee Mary Ola Akagbosu.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***